AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Berman, Richard M. | U.S. District court - S.D.N.Y. | 08/26/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. District Court
40 Centre Street
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/26/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/26/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Property #1, Suffolk County, NY | | None | N | W | | | | | |
| 2. Property #2, Suffolk County, NY | A | Rent | K | W | | | | | |
| 3. Aztex Limited Partnership (real estate) | E | Distribution | J | W | | | | | |
| 4. US Treasury Note Inflation Indexed | A | Interest | M | T | Buy | 07/30/12 | M | | |
| 5. NYS Dorm Auth Lease | A | Interest | | | Redeemed | 07/02/12 | L | A | |
| 6. Puerto Rico Comwlth Pub Impt Ser A | B | Interest | | | Sold | 07/01/12 | K | A | |
| 7. US Treasury Inflation Index NTS CPI Non Seasonally | A | Interest | | | Sold | 07/03/12 | M | D | |
| 8. NYS Dorm Auth Revs St | A | Interest | | | Redeemed | 05/15/12 | K | A | |
| 9. Apple Inc | A | Dividend | L | T | Buy (add'l) | 05/10/12 | J | | |
| 10. Apple Inc | A | Dividend | | | Buy (add'l) | 04/17/12 | K | | |
| 11. Apple Inc | A | Dividend | | | Buy (add'l) | 03/22/12 | K | | |
| 12. Apple Inc | A | Dividend | | | Sold (part) | 12/18/12 | K | | |
| 13. Guggenheim S&P 500 Equal | | None | | | Sold | 05/09/12 | J | | |
| 14. Guggenheim S&P 500 Equal | | None | | | Sold | 05/09/12 | J | | |
| 15. Liberty Media Corp Liberty Cap Cl A | A | Dividend | K | T | Buy | 04/11/12 | K | | |
| 16. Sachem Cent School Dist NY Holbrook Ser B MBIA | A | Interest | K | T | Buy | 04/09/12 | K | | |
| 17. Phelps Clifton Springs NY | A | Interest | K | T | Buy | 04/10/12 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NYS Dorm Auth Revs Sloan Kettering Center | A | Interest | K | T | Buy | 03/30/12 | K | | |
| 19. Puerto Rico Sales Tax Fing Corp Sales Tax Rev First | A | Interest | L | T | Buy | 03/30/12 | L | | |
| 20. LM CBA Equity Income Builder Fund CL A | A | Dividend | K | T | Buy | 03/27/12 | K | | |
| 21. CD Goldman Sachs BK USA | A | Interest | | | Sold | 03/08/12 | L | | |
| 22. Google Inc | | None | | | Sold | 11/14/12 | K | | |
| 23. Morgan Stanley | | None | J | T | Buy | 01/30/12 | J | | |
| 24. US Treasury Inflation Index NTS CPI Non Seasonally | A | Interest | M | T | Buy | 01/20/12 | M | | |
| 25. Ishares FTSE HK China 25 Index Fund | | None | | | Sold | 01/18/12 | J | | |
| 26. Metropolitan Trans Auth NY | B | Interest | | | Sold | 01/18/12 | M | C | |
| 27. NC Eastern MPA Pwr | C | Interest | | | Sold | 01/18/12 | M | E | |
| 28. SPDR S&P 500 ETF Trust | | None | K | T | Buy | 06/21/12 | K | | |
| 29. Berkshire Hathaway Inc Notes | | None | | | Sold | 05/15/12 | J | | |
| 30. Puerto Rico Pub Fin Corp | A | Interest | | | Redeemed | 02/01/12 | K | | |
| 31. Liberty Media Corp Liberty Cap com Ser A | | None | K | T | Buy | 8/17/12 | J | | |
| 32. Liberty Media Corp Liberty Cap Com Ser A | | None | | | Buy (add'l) | 12/18/12 | K | | |
| 33. SPDR SP Metals Mining | | None | | | Sold | 11/14/12 | J | | |
| 34. NY NYC General Obligation Ser E | A | Interest | M | T | Buy | 8/27/12 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPDR Gold Trust | | None | J | T | Buy | 8/24/12 | J | | |
| 36. China Unicom Hong Kong | A | Dividend | | | Sold | 8/27/12 | J | | |
| 37. Metropolitan Transportation Auth NY Trans Rev Ref D | B | Interest | M | T | Buy | 8/13/12 | M | | |
| 38. Ishares MSCI Brazil Free Index Fund | | None | | | Sold | 8/17/12 | J | | |
| 39. NY NYC General Obligation Ser E | A | Interest | | | Sold | 12/17/12 | L | A | |
| 40. Tobacco Auth 1 | B | Interest | | | Sold | 7/16/12 | L | A | |
| 41. Vanguard 500 Index Trust | B | Dividend | M | T | | | | | |
| 42. Vanguard Total Intl Index | A | Dividend | L | T | | | | | |
| 43. Vanguard Total Stock Index | B | Dividend | L | T | | | | | |
| 44. Icon Energy Fund | A | Dividend | J | T | | | | | |
| 45. Amer Funds Fundamental F | A | Dividend | K | T | | | | | |
| 46. Spartan 500 Index Fid Adv | B | Dividend | L | T | | | | | |
| 47. New Perspective Fund | A | Dividend | K | T | | | | | |
| 48. Puerto Rico Pub Bldgs Auth Rev | C | Interest | L | T | | | | | |
| 49. Fidelity GNMA Fund | B | Dividend | L | T | | | | | |
| 50. Fairholme Fund (X) | B | Dividend | K | T | | | | | |
| 51. Ishares Russell 2000 Index Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  UTS SPDR Trust Ser 1 | A | Dividend | K | T | | | | | |
| 53.  JP Morgan Emerging Markets Equity Fund Cl A | | None | L | T | | | | | |
| 54.  NYS Dorm Auth Rev North Shore LI Jewish | D | Interest | M | T | | | | | |
| 55.  Puerto Rico Pub Bldgs Auth Rev | D | Interest | M | T | | | | | |
| 56.  Omaha Neb Omaha Convention Center | B | Interest | K | T | | | | | |
| 57.  New York NY Rfdg Ser F | A | Interest | J | T | | | | | |
| 58.  New York NY Ser F | A | Interest | K | T | | | | | |
| 59.  New York NY Ser J U/T B/E | D | Interest | M | T | | | | | |
| 60.  New York NY Ser J B/E U/T | A | Interest | J | T | | | | | |
| 61.  Puerto Rico Elec Pwr Auth Prf | D | Interest | M | T | | | | | |
| 62.  Puerto Rico Elec Pwr Auth | D | Interest | M | T | | | | | |
| 63.  Puerto Rico Commonwealth Hwy & Trans Auth Trans Rev | B | Interest | L | T | | | | | |
| 64.  Westchester NY TOB Asset Secrtztn CRP | D | Interest | M | T | | | | | |
| 65.  TSASC Inc NY TOB Settlement Asset | C | Interest | L | T | | | | | |
| 66.  NYS D/A Auth Revs Sadly Pref Mental Hlth Fac | D | Interest | M | T | | | | | |
| 67.  Metro Trans Au NY Dedicated Tax FD FSA | D | Interest | M | T | | | | | |
| 68.  New York St Twy Au Second Genl Hwy & Brdg | B | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/26/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. New York St Urban Dev Corp Rev Personal Income Tax | B | Interest | M | T | | | | | |
| 70. New York St Dorm Auth Ct FACS Lse Rev (NYC Issue) | A | Interest | J | T | | | | | |
| 71. Metropolitan Trans Auth NY Dedicated Tax FD A Revs FGIC | C | Interest | M | T | | | | | |
| 72. TIAA Cref | A | Dividend | L | T | | | | | |
| 73. T-C Infl Lnkd Bond Rtmt | A | Distribution | K | T | | | | | |
| 74. T-C Lifecycle 2020 Rtmt | | None | K | T | | | | | |
| 75. T-C Lifecycle Rtmt Inc Rtmt | A | Distribution | K | T | | | | | |
| 76. Property Indian River Cnty, FL (X) | D | Rent | L | W | | | | | |
| 77. Lucia Mar Uni Sch Dist Calif Election 2004 Ser A FGIC | B | Interest | K | T | | | | | |
| 78. Oregon St Dept Transhn Hwy User Tax Rev Ser A | B | Interest | K | T | | | | | |
| 79. Georgia St B B/E UT DD | C | Interest | L | T | | | | | |
| 80. Oregon St Dept Transhn Hwy User Tax Rev Ser A | B | Interest | K | T | | | | | |
| 81. Scottsdale Ariz Mun PPTY Corp Excise Tax Rev Pref B/E | B | Interest | L | T | | | | | |
| 82. Utah Tra Auth Sales Tax Rev Ser B FSA | C | Interest | L | T | | | | | |
| 83. China Mobile LTD Spn ADR | A | Dividend | J | T | | | | | |
| 84. SPDR Gold Trust | | None | K | T | | | | | |
| 85. Ishares TR Dow Jones US | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Union Pacific corp | A | Dividend | J | T | | | | | |
| 87. Rydex ETF TR Index Fund | A | Dividend | J | T | | | | | |
| 88. Vanguard Small Cap | A | Dividend | J | T | | | | | |
| 89. Deere Co | A | Dividend | J | T | | | | | |
| 90. New Jersey St Genl Obligation | A | Interest | K | T | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 08/26/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The items inadvertently listed in Part VII lines 18, 51, 52 and 57 of the 2011 report do not appear on the 2012 report. They were previously redeemed or sold.

Guggenheim S&P 500 equal was purchased March 2011 and Tobacco Auth 1 was purchased December 2009. These assets were inadvertently not listed on the prior report, but were sold as reflected in the 2012 report in Part VII, page 4, lines 13 and 14 and page 6, line 40.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard M. Berman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544